IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MOUNTAIN CREST SRL, LLC,

                Plaintiff,

    v.

GILA BREW CO., LLC and
TOM MAHLKE,

                Defendants.

ORDER

13-cv-160-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      The parties have advised the court that they have settled this case (dkt. #8). They may have 30 days in which to complete the settlement. If settlement has not been accomplished by that time, the parties are to report on the status of the matter at a telephone conference on May 1, 2013, at 8:30 a.m. Plaintiff's counsel is to initiate the conference call to chambers at (608) 264-5447. If, before May 1, 2013, plaintiff's counsel has advised the court that it may enter its standard order of dismissal or has filed a statement confirming settlement, the status conference will be canceled.

      Entered this 28th day of March, 2013.

                                      BY THE COURT:
                                      /s/
                                      BARBARA B. CRABB
                                      District Judge